IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAMES G. MARLER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 3:20-CV-01070-MAB |
| | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |

# JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**

**IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by United States Magistrate Judge Mark A. Beatty (Doc. 30), the Commissioner's final decision denying Plaintiff's application for social security disability benefits is **AFFIRMED**.

Judgment is entered in favor of Defendant Commissioner of Social Security and against Plaintiff James G. Marler.

DATED: March 30, 2022

                                           MONICA A. STUMP,
                                           Clerk of Court

                                           BY:  /s/ *Jennifer Jones*
                                           **Deputy Clerk**

APPROVED:  /s/ Mark A. Beatty
                 **MARK A. BEATTY**
                 **United States Magistrate Judge**